IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01979-BNB

ALPHONSO NERBER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
OFFICER FINN,
OFFICER T. STOREY, and
UNKNOWN OFFICER OF THE B.O.P.,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to File Amended Complaint" filed on January 16, 2007, is GRANTED. The clerk of the court is directed to file the amended complaint tendered to the court on January 16, 2007.

Dated: January 18, 2007

---

Copies of this Minute Order mailed on January 18, 2007, to the following:

Alphonso Nerber
Reg. No. 28620-086
FCC - USP
P.O. Box 1033
Coleman, FL 33521

                                              Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 8 2007

GREGORY C. LANGHAM
CLERK